IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALVIN ROBINSON,**
**ADC # 95959**                                                                                    **PETITIONER**

v.                            Case No. 5:13-cv-00214-KGB

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. A certificate of appealability is denied.

SO ADJUDGED this the 31st day of March, 2015.

_____
Kristine G. Baker
United States District Judge